ffice of Law
nue



**UNITED STATES POSTAL SERVICE.**   *Retail*



**US POSTAGE PAID**
# $7.25

Origin: 21285
Destination: 21215
1 Lb 1.60 Oz
Mar 30, 18
2304270035-06

1024

**PRIORITY MAIL 1-Day ®**

Expected Delivery Day: 03/31/2018   | C007 |

### USPS TRACKING NUMBER





9505 5112 7192 8089 1067 13

Latoya Francis-Williams, Esquire
Law Office of A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, MD 21215