

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Martha Boyd, individually and as Personal )
Representative of the Estate of Tawon Boyd, )
et al. )
)
    Plaintiffs, )
vs. )
)
Tyler Armstrong, et al. )
Baltimore County Fire Department ) Civil Case No.: 1:17-cv-02849-ELH
700 East Joppa Road )
Towson, Maryland 21286 )
)
and )
)
Kenneth Burns, et al. )
)
    Defendants. )
)
)
)

## **DEFENDANTS' RULE 26 (a)(2) EXPERT DESIGNATIONS AND DISCLOSURES**

Defendants, by counsel and pursuant to Rule 26(a)(2), make the following expert designations:

1. **Ljubisa J. Dragovic, M.D., F.C.A.P., F.A.A.F.S.**

   Dr. Dragovic is a board certified forensic pathologist. He is expected to provide expert testimony concerning the cause of death of Tawon Boyd, as described in his Rule 26(a)(2) report. A complete, written, and signed statement of Dr. Dragovic's opinions and the bases therefor; the facts and data that he considered; his qualifications (including his publications); and a list of cases in which he has testified in the last 4 years, are attached collectively as **Exhibit A**. His compensation is $600.00 per hour.

1

2. **Charles J. Key**

   Mr. Key is a police practices expert. He is expected to provide expert testimony concerning the actions of the defendant police officers, as described in his Rule 26(a)(2) report. A complete, written, and signed statement of Mr. Key's opinions and the bases therefor; the facts and data that he considered; his qualifications (including his publications); and a list of cases in which he has testified in the last 4 years, are attached collectively as **Exhibit B**. His compensation is $225.00 per hour for review of materials and $250.00 per hour for report preparation and testimony.

3. Defendants reserve the right to call any of the witnesses designated in Plaintiffs' Rule 26 disclosures.

Respectfully submitted,

Paul M. Mayhew
Assistant County Attorney
400 Washington Avenue
Towson, MD 21204
410-887-4420
pmayhew@baltimorecountymd.gov
Attorney for Defendants

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on March 30, 2018, a copy Exhibit A and Exhibit B were mailed, priority mail, and that on April 5, 2018, a copy of the foregoing, Defendants' Rule 26 (a)(2) Designation of Experts and Expert Disclosures was electronically mailed to:

A. Dwight Pettit, Esquire
Latoya Francis-William, Esquire
Law Offices of A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, Maryland 21215
Attorneys for Plaintiffs

_____
Paul M. Mayhew

The original documents will be maintained by counsel in accordance with the Rules of Court.