**EXHIBIT 10**

# POST MORTEM EXAMINATION
## OFFICE OF THE CHIEF MEDICAL EXAMINER
## STATE OF MARYLAND

**CASE NO.** 16-10397

Autopsy __X__   Inspection ____

**JURISDICTION:** Baltimore County   **DME/FI** Welebob, Laure
*Jurisdiction of Death/Police Investigating*

**NAME OF DECEASED:** Tawon Boyd
**RESIDENCE OF DECEASED:** 53 Atkin Circle, Middle River, MD 21220

**AGE:** 21 Years   **SEX:** Male   **RACE:** African American
**DATE OF INCIDENT:** Found, 09/18/16   **TIME:** Unknown
**ADDRESS OF INCIDENT:** 53 Atkin Circle, Middle River, MD 21220
**PRONOUNCED DEAD:** 09/21/16   **TIME:** 1115 hours
**ADDRESS/INSTITUTION:** MEDSTAR FRANKLIN SQUARE MEDICAL CENTER, Rosedale
**DME/FI/OCME NOTIFIED:** 09/21/16   **TIME:** 1200 hours
**BY WHOM:** BCoPD
**TRANSPORTED TO OCME:** Alvins Anointed Hands inc
**DATE OF AUTOPSY:** 09/22/16   **TIME:** 0900 hours
**PERFORMED BY:** Christine Yoo, MD, Associate Pathologist
**ATTENDING M.E.** Russell Alexander M.D., Assistant Medical Examiner

**CAUSE OF DEATH:**
(a) Complications of N-Ethylpentylone Intoxication
(b)
(c)
(d)

___ Natural
_X_ Accident
___ Suicide
___ Homicide
___ Could Not Be Determined

Other significant conditions:

**HOW INJURY OCCURRED:** Subject took drug and then suffered a cardiac arrest following restraint by law enforcement.

An autopsy was performed on the body of **TAWON BOYD** at the Office of the Chief Medical Examiner for the State of Maryland on the 22nd day of **September 2016**.

## EXTERNAL EXAMINATION

The body was that of a well-developed, well-nourished (body mass index of 31.3 kilograms per meter squared), unclad African American male. The body weighed 188 pounds, was 5'5" in length and appeared compatible with the reported age of 21 years. The body was cool. Rigor was fixed in the extremities and jaw. Purple lividity was fixed on the posterior surfaces of the body, except in areas exposed to pressure. Tardieu spots were on the upper back and the flanks. The scalp hair was short, curly, and black. Facial hair consisted of a short black mustache and black hairs on the chin. The irides were brown. The corneae were hazy. The palpebral and bulbar conjunctivae were edematous with areas of hemorrhage; otherwise the sclerae were white. Blood was in the external nares. Brown mucoid material was in the oral cavity. The external auditory canals were free of foreign material and abnormal secretions. The nasal skeleton was palpably intact. The lips were without injury. The teeth were natural and in good condition. The neck organs were in the midline position and appeared unremarkable. The chest was unremarkable. The abdomen was protuberant. Scars were on the upper and lower extremities. The upper and lower extremities were symmetrical and without absence of digits. The fingernails were short to medium in length, dirty, irregularly trimmed, and intact. Tattoos were on the upper chest and the arms. The external genitalia were those of an adult male. The testicles were bilaterally descended within the scrotum. The posterior torso was without note. The anus was unremarkable.

## EVIDENCE OF THERAPY

Evidence of medical intervention included: an orotracheal tube; an orogastric tube; a triple lumen intravascular catheter in the left side of the neck; intravascular catheters and puncture sites in the upper extremities; an intravascular catheter in the right groin; puncture sites in the left groin; a Foley catheter; and a rectal tube.

## EVIDENCE OF INJURY

A 3-1/2 x 1-1/4" area of pink-tan abrasion on the right forehead extended to right supraorbital ridge and mid forehead. A 2-3/4 x 1" area of pink-tan abrasion was on the left forehead and left supraorbital ridge. A ¼ x ½" red abrasion was just lateral to the right eye. A 1-1/4 x ¾" pink-tan abrasion was on the right cheek. A ½ x ¼" red abrasion was on the right side of the nose. A ½ x 3/8" red abrasion was on the left side of the nose. A 5/8 x 1/8" crusted abrasion was on the right lower aspect of the lower lip. A 5/8 x ¼" contusion was on the right inner lower lip. A 1/8" red abrasion was on the right aspect of the chin.

Upon reflection of the scalp, there were bilateral temporal subgaleal hemorrhages, 4-1/2 x 3-1/4" on the right and 5 x 2-1/2" on the left. There were bilateral fascial hemorrhages of the temporalis muscles. A layered anterior neck dissection revealed patchy soft tissue hemorrhages; hemorrhages along the strap muscles appeared to be primarily fascial. A dissection of the posterior neck showed scattered hemorrhages, ¼ - ¾", that appeared to be primarily fascial.

A dissection of the back revealed patchy, generally superficial subcutaneous hemorrhages, up to 9-1/2". However, soft tissue and muscle hemorrhages were noted in the deep lumbar paraspinal muscles, 2-1/2 x 1-1/2" on the right and 1-1/2 x 1" on the left.

Two linear red abrasions, measuring ¼" and ¾" were on the distal lateral right forearm. A 1 x 1/8" pink abrasion was on the lateral right wrist. A 7/8 x 7/8" area of red abrasion was on the posterior right arm. Multiple red abrasions, up to 7/8 x ½", were on the right elbow. There was a 1 x ¾" area of red abrasion on the proximal posterior right forearm. A ¼ x 1/8" red abrasion was of the mid posterior red forearm. A 1-1/2 x ¾" pink-white abrasion and a ½" linear red abrasion were on the posterior right wrist. A ¼" red abrasion was on the posterior right 2nd finger. A 1/8" red abrasion was on the posterior right 3rd finger.

A 3/8 x ¼" red abrasion was on the top of the left shoulder. A 1" linear red abrasion was on the anterior left arm. A 1-1/2 x 1" area of abrasion was on the distal anterior left arm. A 5-1/2 x 4-3/4" area of red abrasion was on the posterior left elbow and adjacent forearm. Multiple red abrasions, up to 1-1/2 ", were on the posterior left forearm and wrist. A 1/8" red abrasion was on the posterior left 4th finger. A ¼" red abrasion was on the posterior left 5th finger.

A 1/8" red abrasion was on the anterior right leg.

Cut downs along the upper extremities revealed: a 3 x 3" soft tissue and muscle hemorrhage in the posterior right shoulder; a 3 x 3" subcutaneous hemorrhage of the right elbow; a 3-1/2 x 3" subcutaneous hemorrhage of the lateral right wrist; a 3 x 2" soft tissue and muscle hemorrhage in the posterior left shoulder; a 6 x 3-1/2" subcutaneous hemorrhage of the left elbow and forearm; a 1 x ¾" subcutaneous hemorrhage of the medial left wrist; and a 1-3/4 x 1-1/2" subcutaneous hemorrhage of the lateral left wrist. Cut downs along the lower extremities revealed no hemorrhage, contusion or other abnormalities.

## INTERNAL EXAMINATION

### BODY CAVITIES:
The body was opened by the usual thoraco-abdominal incision and the chest plate was removed. Serous effusions were in the pleural cavities (right 800 mL, left 500 mL), pericardial sac (100 mL), and abdomen (1000 mL). No adhesions were in the body cavities. All body organs were in the normal anatomic position.

### HEAD: (CENTRAL NERVOUS SYSTEM)
The scalp was reflected. The calvarium of the skull was removed. The dura mater and falx cerebri were intact. There was no epidural, subdural or subarachnoid hemorrhage. Further description of the brain, dura and spinal cord will be given within the "**Neuropathology Report**". The brain weighed 1480 grams.

### NECK:
See "**Evidence of Injury**".
A layered anterior neck dissection revealed no abnormalities, except as previously described. The hyoid bone and larynx were intact. A posterior neck dissection revealed hemorrhages as described, but no additional abnormalities; the bony elements of the posterior neck were intact.

### CARDIOVASCULAR SYSTEM:
The pericardial surfaces were smooth, glistening and unremarkable; the pericardial sac was free of significant adhesions. Further description of the heart will be given within the "**Cardiovascular Pathology Report**". The aorta and its major vessels arose normally, followed the usual course and were widely patent, free of significant atherosclerosis and other abnormality. The vena cava and its major tributaries returned to the heart in the usual distribution and were free of thrombi. The heart weighed 370 grams.

### RESPIRATORY SYSTEM:
The upper airways were clear of debris and foreign material; the mucosal surfaces were smooth, yellow-tan and unremarkable. The pleural surfaces were smooth and glistening with scattered small hemorrhages, up to 1/8". The pulmonary parenchyma was pink to red-purple and congested, exuding moderate amounts of blood and frothy fluid; no focal lesions were noted. The pulmonary arteries were normally developed, patent and without thrombus or embolus. The right lung weighed 400 grams; the left 500 grams.

### LIVER & BILIARY SYSTEM:
The hepatic capsule was smooth, glistening, intact, and covered a yellow-brown parenchyma with no focal lesions noted. The gallbladder contained 30 mL of green-brown, mucoid bile; the mucosa was velvety and unremarkable. The extrahepatic biliary tree was patent, without evidence of calculi. The liver weighed 1050 grams.

### ALIMENTARY TRACT:
The tongue exhibited no evidence of recent injury. The esophagus was lined by a gray-white, smooth mucosa. The gastric mucosa was arranged in the usual rugal folds and the lumen contained 10 mL of tan fluid. The small and large bowels were unremarkable. The pancreas had a normal yellow-tan lobulated appearance and the ducts were clear. The appendix was unremarkable.

### GENITOURINARY SYSTEM:
The renal capsules were smooth and thin, semi-transparent and stripped with ease from the underlying smooth, brown cortical surfaces. The cortices were sharply delineated from the medullary pyramids, which were red-purple and unremarkable. The calyces, pelves and ureters were unremarkable. The urinary bladder contained 50 mL of red-brown, clear urine; the mucosa was gray-tan and smooth. The prostate gland and testes were without note. The right kidney weighed 120 grams; the left 120 grams.

### RETICULOENDOTHELIAL SYSTEM:
The spleen had a smooth, intact capsule covering a red-purple, firm parenchyma; the lymphoid follicles were unremarkable. The regional lymph nodes appeared normal. The spleen weighed 50 grams.

### ENDOCRINE SYSTEM:
The thyroid and adrenal glands were unremarkable.

### MUSCULOSKELETAL SYSTEM:
Muscle development was normal. No bone or joint abnormalities were noted. The neck was stable on internal palpation. The vertebral spine was intact on cut downs of the posterior neck and back.

## MICROSCOPIC EXAMINATION

**Lungs:** Sections of the lungs showed a mild acute bronchopneumonia in the lower lobe of the left lung. There was also mild edema, intra-alveolar macrophages that at time contain pigment, focal atelectasis, and a couple of small blood vessel that contained clot with alternating red cell and fibrin rich layers, as well as a few spindle cells within fibrin. Scattered clumps of bacteria without an associated inflammatory response likely represent postmortem overgrowth.

**Liver:** A section of the liver showed severe centrilobular necrosis, as well as cholestasis.

**Kidney:** Sections of the kidneys showed acute tubular necrosis with prominent eosinophilic hyaline tubular casts and some tubules with a flattened regenerative epithelium.

**Left sternocleidomastoid muscle:** Section of the muscle showed areas of hemorrhage and predominantly chronic inflammation that is mostly fascial; however there is focal myocyte necrosis associated with hemorrhage and inflammation.

Do Not Duplicate

| Name: **TAWON BOYD** | POST MORTEM EXAMINATION REPORT | PAGE |
| --- | --- | --- |
| Case Number: **16-10397** | OFFICE OF THE CHIEF MEDICAL EXAMINER STATE OF MARYLAND | 5 |

## PATHOLOGIC DIAGNOSES

I. Complications of N-Ethylpentylone Intoxication
    A. Hypoxic ischemic encephalopathy and mild brain edema
    B. Centrilobular necrosis of the liver, severe
    C. Acute bronchopneumonia, lower lobe of the left lung, mild
    D. Acute tubular necrosis
    E. Microscopic organizing pulmonary thromboemboli, very mild
    F. Serous pleural effusions (right 800 mL, left 500 mL), pericardial effusion (100 mL), and ascites (1000 mL)
II. Abrasions and contusions of the face, back and extremities
III. Mild Myocyte Hypertrophy with Focal Subendocardial Fibrosis, Lateral Left Ventricle

Do Not Duplicate

| Name: **TAWON BOYD** | POST MORTEM EXAMINATION REPORT OFFICE OF THE CHIEF MEDICAL EXAMINER STATE OF MARYLAND | PAGE |
|---|---|---|
| Case Number: **16-10397** | | 6 |

## OPINION:

This 21-year-old African American male, **TAWON BOYD**, died of **COMPLICATIONS OF N-ETHYLPENTYLONE INTOXICATION**. Per report, on 9/8/16 law enforcement was dispatched to a "disturbance call". Upon arrival, an officer described the subject and a female as screaming at each other. The subject was described as "sweating heavily...and appeared to be confused and paranoid". Reportedly, he had been out drinking and smoking marijuana, and subsequently started to act "crazy" which prompted the call to 911. The subject was described as "running and screaming"; he attempted unsuccessfully to enter marked police cars and then started banging on the door of a residence yelling, "Help. Call the police". Per report, after law enforcement were unable to calm the subject by talking, they decided to take him into custody. A physical altercation with law enforcement ensued during which an officer delivered "two closed fist strikes to the suspect's face". An officer subsequently handcuffed the subject with his arms in front of his body. Three officers reportedly "were able to get him under control by using [their] body weight to keep him on the ground". During an ~ 5 minute struggle the officers reportedly held the subject prone on the ground with one officer holding his head and arms, a 2nd officer leaned on the subject's buttocks/thighs using his knees and arms, and a 3rd officer kneeled on his lower legs. Medics were requested and additional officers arrived. These additional officers reportedly assisted with restraining the subject by holding his hands above his head and by applying plastic flexcuffs to restrain his feet. Per report, no one kneeled on his back. Medics arrived and described him as "agitated, diaphoretic, with hot skin and combative". EMS personnel believed him to be in an "excited delirium state" and administered Haldol. A short time later the subject started to calm so that he no longer had to be physically restrained. Officers note that the subject had a pulse and was breathing at this time. He then went into cardiac arrest. CPR was started with return of a pulse and respirations after ~ 3 minutes. He was transported to a hospital where he was diagnosed with anoxic encephalopathy. CT scans of the head, neck, chest, abdomen and pelvis did not reveal fractures. A clinical exam by an emergency room physician did not find evidence of "significant deep underlying trauma". He developed multi-system organ failure and died on 9/21/16. The subject's presentation in an excited delirium-like state with subsequent cardiac arrest likely developed as a consequence of intoxication with N-Ethylpentylone. It is unlikely that restraint by law enforcement caused or significantly contributed to his death based on the reported circumstances and timeline of the restraint. Since his death most likely followed from complications of intoxication with a drug (N-Ethylpentylone), the manner of death is best certified as **accident**.

Christine Yoo, M.D.
Associate Pathologist

Russell Alexander, M.D.
Assistant Medical Examiner

Date signed: 12/6/16

RA/cs

David R. Fowler, M.D.
Chief Medical Examiner

OFFICE OF THE CHIEF MEDICAL EXAMINER
STATE OF MARYLAND
900 W. BALTIMORE STREET
BALTIMORE, MD 21223

# TOXICOLOGY

## REPORT OF FINDINGS

Case # **16-10397**  Lab # **16-4216**
Deceased Name  **Boyd, Tawon**
If Previous Unknown
Medical Examiner  **Russell Alexander M.D.**
Autopsied by  **Christine Yoo, MD**
Jurisdiction  **Baltimore County**

| Specimen Submitted | Test | Results | | |
|---|---|---|---|---|
| Blood Hospital | Volatiles | Ethanol | Negative | |
| Blood Heart | Volatiles | Ethanol | 0.03 | % (w/v) |
| Blood Femoral | Volatiles | Ethanol | 0.02 | % (w/v) |
| Urine | Volatiles | Ethanol | Negative | |
| Vitreous | Volatiles | Ethanol | Negative | |
| Urine | Drug Test (comprehensive) | Levetiracetam Positive | | |
| Urine | Drug Test (comprehensive) | N-Ethylpentylone Positive | | |
| Urine | Drug Test (comprehensive) | Lidocaine Positive | | |
| Urine | Drug Test (comprehensive) | Other Drugs Negative | | |
| Blood Heart | Drug Test (Individual) | Levetiracetam | Negative | |
| Blood Heart | Drug Test (Individual) | N-Ethylpentylone | Negative | |
| Blood Heart | NMS Labs | Synthetic Cannabinoids | Negative | |

16-10397

Toxicologist _____  Medical Examiner _____

Wednesday, October 05, 2016                                Page 1 of 1

# NEUROPATHOLOGY REPORT

**Name:** Tawon Boyd  **Case #:** 16-10397

**Sex:** Male  **Age:** 21

**Race:** African American  **Medical Examiner:** Dr. Alexander

**Date of Death:** September 21, 2016

**MACROSCOPIC EXAMINATION of** October 12, 2016

**Brain Weight:** 1700 grams (fixed)

**Dura:** Free of hemorrhage.

**Brain:** The cerebral hemispheres are symmetrical, the gyral pattern is normal, and the leptomeninges are free of hemorrhage or exudate. At the base of the brain, blood vessels are free atherosclerosis or malformation. Cranial nerves are normal. The brainstem and cerebellum are externally unremarkable. There is no herniation.

On coronal sections, the cerebral hemispheres are symmetrical. The cortical gray matter shows no focal abnormality and well-demarcated from the subjacent white matter. The volume and myelination of the white matter are normal. The corpus callosum is intact. The caliber of the callosum and anterior commissure are normal. The ventricular system shows appears tight at the level of the foramen of Monro, but is free of hemorrhage. Basal ganglia, thalamus and hypothalamus are within normal limits. Hippocampal formations are of normal shape and symmetrical. The midbrain shows a patent aqueduct and the substantia nigra is well-pigmented. Pons has normal basis and tegmentum. Medulla is normal. The cerebellum shows normal folia, white matter, and deep nuclei.

**Spinal Cord:** The entire spinal cord, measuring 31 cm in length, is available for examination. The dura is free of hemorrhage. External examination is normal and horizontal sections are unremarkable.

**Summary:**
1. Brain with mild edema.
2. Normal spinal cord.

Microscopic sections are pending.

28 October 2016
Date signed

**Official Document
Do Not Remove**

Juan C. Troncoso, M.D.
Neuropathologist

12/1/16

wd

# NEUROPATHOLOGY REPORT

**Name:** Tawon Boyd

**Case #:** 16-10397

**Date of Death:** September 21, 2016

**Medical Examiner:** Dr. Alexander

**MICROSCOPIC EXAMINATION** of November 2, 2016

Microscopic examination demonstrates acute neuronal necrosis in the basal ganglia, hippocampus, in the Purkinje cells and the dentate nuclei of the cerebellum. These changes are indicative of acute hypoxic-ischemic encephalopathy.

9 November 2016
Date signed

**Official Document
Do Not Remove
From File**

Juan C. Troncoso, M.D.
Neuropathologist

12/1/16

cs


CVPath Institute, Inc.

REPLY TO
ATTENTION OF

Russell Alexander, M.D.
Office of the Chief Medical Examiner
900 West Baltimore Street
Baltimore, MD  21223

PATIENT IDENTIFICATION
CAP 4499
BOYD, Tawon
16-10397                    MER/ns/rjk
October 19, 2016

## FINAL DIAGNOSIS

**DIAGNOSIS: 16-10397 Autopsy, heart, kidney, liver:**
1. **Mild myocyte hypertrophy with focal subepicardial fibrosis, lateral left ventricle**

History: 21 year old African American male, 5'5", 188 lbs.

Heart: Received fresh with aorta attached, together weighing 448 grams; heart weight after aorta removal 352 grams (predicted normal value 358 grams, upper limit 473 grams for a 188 lbs. male); normal amount of epicardial fat with diffuse petechial hemorrhages over the anterior epicardial surface; closed foramen ovale; left ventricular cavity diameter 32 mm, left ventricular free wall thickness 10 mm, ventricular septum thickness 12 mm, right ventricle thickness 3 mm; grossly unremarkable valves and endocardium; no gross myocardial fibrosis or necrosis; histologic sections show mild myocyte hypertrophy with interstitial fibrosis and a single small focus of subepicardial replacement fibrosis in lateral left ventricle; minimal epicardial hemorrhage, anterior left ventricle; mild post-mortem bacterial contamination

Coronary arteries: Normal ostia; right dominance; no gross atherosclerosis

Blocks made: 7 (5 heart, 1 kidney, 1 liver)
Slides made: 9 (7 H&E, 2 Movat)
Case received: September 22, 2016
Case completed: October 19, 2016

Maria Romero, M.D.
Staff Pathologist

10/31/16